

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-22-00682-CR

Michael David **KNOVICKA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On January 24, 2023, appellant's appointed attorney, Amanda Roming, filed a motion to withdraw as appellate counsel. She states she can no longer represent appellant because there has been an irreparable breakdown in communication as evidenced by letters sent to the court. We **grant** Ms. Roming's motion to withdraw.

Appellant, whose brief is currently due on March 20, 2023, is now without representation. We therefore **order** this appeal **abated** to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding appellate courts may abate appeals so trial court can assure appellant has effective assistance of counsel). We **remand** the cause to the trial court for it to make appropriate findings and rule on these issues:

1. Does appellant desire to prosecute his appeal?

2. Is appellant indigent? If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel, if necessary. If appellant desires to proceed pro se, the trial court is directed to determine appellant's ability and capacity to knowingly and intelligently waive his right to counsel. *See Ex parte Davis*, 818 S.W.2d 64, 66-68 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987). The trial should consider whether allowing appellant to proceed pro se on appeal is in the best interests of the appellant and the government.

*Martinez v. California*, 528 U.S. 152, 120 S. Ct. 684, 691-92 145 L. Ed.2d 597 (2000).

We further **order** the trial court to file in this court **by March 10, 2023**: (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law on the above issues.

We further **order** appellant's pro se motions filed on January 27, 2023 and titled "Motion for Appeal Bond" and "Motion for Appeal Speedy Trial" **denied.**

All other appellate deadlines are suspended until further notice from this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court